

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TOMAS GUTIERREZ, | § | No. 08-19-00085-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
|  | § | of Reeves County, Texas |
| MARY JANE RIOS, | § | (TC# 17-05-21962-CVR) |
| Appellee. | § |  |
|  | § |  |

## **O R D E R**

Pending before the Court is a motion to withdraw as counsel filed by James Lucas. The motion is GRANTED. The Court has changed its records to reflect that only Mr. Parker Johnson will be receiving notices on behalf of the Appellant.

IT IS SO ORDERED this 9th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.